535 A.2d 1049

**Mary Ann MILLER, Appellant,**

v.

**ROYAL INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1987.

Decided Jan. 19, 1988.

Michael B. Egan, Philadelphia, Richard C. Angino, Harrisburg, for amicus curiae—Pa. Trial Lawyers Assoc.

George D. Sheehan, Jr., James C. Haggerty, Philadelphia, for amicus curiae—Pa. Defense Inst.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.